IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHNNY CRAWFORD, JR., | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. NO. C-04-335 |
| | § | |
| DOUG DRETKE, ET AL., | § | |
| Defendants. | § | |

## ORDER DENYING JOINT MOTION FOR EXTENSION OF DEADLINES
## AND CONTINUANCE OF TRIAL DATE

The parties' joint motion for an extension of deadlines and continuation of the final pretrial conference and trial dates (D.E. 102, 103) is denied.

ORDERED this 10th day of January, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE