IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHNNY CRAWFORD, JR., | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. NO. C-04-335 |
| | § | |
| DOUG DRETKE, ET AL., | § | |
| Defendants. | § | |

## ORDER VACATING WRITS OF HABEAS CORPUS *AD TESTIFICANDUM*

The writs of habeas corpus *ad testificandum* signed on October 13, 2006, and docketed October 16, 2006, for the plaintiff **JOHNNY CRAWFORD, JR., TDJC-CID# 491148**, D.E. 86, 87) to appear October 18, 2006, and October 22, 2006, before Chief Judge Hayden Head, are VACATED.

ORDERED this 17th day of January, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE