IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHNNY CRAWFORD, JR., | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | C.A. NO. C-04-335 |
| | § | |
| DOUGLAS DRETKE, ET AL., | § | |
|    Defendants. | § | |

### ORDER SETTING DEADLINE FOR FILING JOINT PRETRIAL ORDER

The defendants' interlocutory appeal was dismissed by the Fifth Circuit Court of Appeal. Discovery has closed and the case is ready for a trial setting. The parties' joint pretrial order is due no later than **Friday, October 26, 2007.** Plaintiff will be responsible for the filing of the joint pretrial order, executed by the attorneys-in-charge, and conforming fully with the form set out in Appendix B of the Local Rules of the Southern District of Texas (2000). Plaintiff shall allow all parties at least **fourteen (14) working days** for review and contribution. A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures. Differences of the parties with respect to any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place. Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default.

     ORDERED this 27th day of September, 2007.

                                            B. JANICE ELLINGTON
                                   UNITED STATES MAGISTRATE JUDGE